

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2019

No. 04-18-00806-CR

Jose Pedro **GALLEGOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2018-CVJ-001898-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

## O R D E R

After we granted Appellant's first and second motions for extensions of time to file the brief, the brief was due on February 13, 2019. The day before the twice-extended due date, Appellant filed an unopposed third motion for extension of time to file the brief until February 28, 2019.

Appellant's motion is GRANTED. Appellant's brief is due on February 28, 2019.

**Any further motion for extension of time to file Appellant's brief will be strongly disfavored.**

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of February, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court